UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VICTOR MALLH,

                              Plaintiff,                  JUDGMENT

v.                                                23-CV-6676 (MKB)(JRC)

LUNA CARE, INC.,

                              Defendant.
----------------------------------------------------------------X

        A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 2, 2024; and Defendant Luna Care Inc, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Victor Mallh in the amount of $5,001; it is

        ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Victor Mallh and against Defendant Luna Care Inc in the amount of $5,001.

Dated: Brooklyn, New York                                      Brenna B. Mahoney
          January 9, 2024                                            Clerk of Court

                                                              By:    */s/Jalitza Poveda*
                                                                           Deputy Clerk